IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STATE FARM LLOYDS AS SUBROGEE OF DONNIE O'BRYANT | § § § | |
| VS. | § § | CASE NO. 4:09-CV-02753 |
| WATTS WATER TECHNOLOGIES, INC. AND INTERLINE BRANDS, INC. | § § § | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **STATE FARM LLOYDS AS SUBROGEE OF DONNIE O'BRYANT** by and through its counsel of record, and requests that the Court dismiss its claim without prejudice against Defendants, **WATTS WATER TECHNOLOGIES and INTERLINE BRANDS, INC.** in the above-styled cause of action pursuant to FRCP 41(a)(2).

Respectfully submitted,

NOEL O. BAILEY, P.C.

By: /s/ Noel Bailey

NOEL O. BAILEY
Texas Bar No.
Atelier of Northchase
14347 Torrey Chase Blvd, Suite F
Houston, Texas 77014
(281-866-8066 – Telephone
(281-866-8033 – Facsimile

**ATTORNEY FOR STATE FARM LLOYDS AS SUBROGEE OF DONNIE O'BRYANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served on all counsel of record via e-file on this 2nd day of March, 2010.

Noel O. Bailey